IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARDS DODDS** : | |
| : | No. 22-cv-01759-JMY |
| : | |
| v. : | |
| : | |
| **JOSEPH TERRA**, et al. : | |
| : | |

## ORDER

AND NOW, this 22nd day of April, 2025, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge José Arteaga (ECF No. 20) and the absence of and Objections by the Petitioner, **IT IS ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** and **DENIED WITH PREJUDICE**.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

4. The Clerk of Court is **DIRECTED** to **TRANSMIT** (by mail) copies of this Order to Plaintiff at the mailing address that he has identified on the docket for service of court papers. The Clerk of Court is further **DIRECTED** to mark this matter **CLOSED**.

IT IS SO ORDERED.

BY THE COURT:

   /s/ John Milton Younge   
Judge John Milton Younge